**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **TYREE DARRISAW,** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 24-660** |
| | : | |
| **COMMONWEALTH OF** | : | |
| **PENNSYLVANIA**, *et al.,* | : | |

## ORDER

**AND NOW**, this 28ᵗʰ day of January, 2025, upon careful and independent consideration

of the petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2241, Respondents'

answer and subsequent letter, and after review of the Report and Recommendation of United

States Magistrate Judge Elizabeth T. Hey, it is hereby **ORDERED** as follows:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2241 is

   **DISMISSED AS MOOT**; and

3. There is no basis for the issuance of a certificate of appealability.


                    **BY THE COURT:**


                    _____
                    **HON. MIA R. PEREZ**